(INND Rev. 1/21)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

__Alonzo R. Weekly__,
[You are the PLAINTIFF, print your full name on this line.]

v.

__Sharon Bilbrew__,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __3:23cv143__
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | Sharon Bilbrew, Defense Attorney | 409 W. Lexington Av. Elkhart, IN 46516 |
| 2 | | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__

2. What is your address? __907 Praire St. Apt 6 Elkhart, IN 46516__

3. What is your telephone number: (__574__) __326-7724__

4. Have you ever sued anyone for these exact same claims?

   ☑ No.

   ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Title 18, U.S.C., Section 242 When I hired my lawyer I told her that my father was driving his car that was registered in his name with his place of residence Chicago, Illinois. My father drove his car from Chicago to my place of residence Elkhart, Indiana. My father drove his car from my place to the gas station, we got to the gas station we got out the car and walked all the way up to the entrance door. The Sheriff Deputy called out to me and my father to walk back towards him about 30 feet from where he stood. As my father and I approached the Sheriff Deputy he asked us who was driving the car and as my father and I looked at each other for being confused why the Sheriff Deputy asked us which on of us was driving the car. The Sheriff Deputy

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

quickly asked us to give him our identification cards. When we gave the Sheriff Deputy our Identification cards he went to his car to run our cards and came back to say I was driving after I told him more than once I was

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
- ☑ No.
- ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Any type of disiplinary action that this type of event carry. And pay the sum of 2 million dollars.

FILING FEE – Are you paying the filing fee?
- ☐ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
- ☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

_AW_ I will keep a copy of this complaint for my records.
_AW_ I will promptly notify the court of any change of address.
_AW_ I declare **under penalty of perjury** that the statements in this complaint are true.

_[Signature]_                                                               2/20/23
Signature                                                                      Date

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

not driving.
2. At this time the Sheriff Deputy asked me to take a sobriety test that consist of walking eye movement and blowing in a tube. After the test was complete my father asked the Sheriff Deputy did I pass the Sheriff Deputy replied yes. After the Sobriety test was over and hearing the Sheriff Deputy saying that I passed the test I was relieved to leave, but the Sheriff Deputy asked me to consent to a blood sample and I did not consent so he put me in hand cuffs and drove away leaving my father there with his car. The Sheriff Deputy drove me to the hospital and we sat outside the hospital in his car for ~~approximately~~ about 2 hours doing paper writing and the Sheriff Deputy continued to ask me was I driving and asking for my blood sample consent, and each time I did not consent

3. to me driving or to have my blood sample drawn from my body. After the Sheriff Deputy completed the paperwork he flashed it at me and stated that he got what he wanted in reference to a warrant to draw my blood sample but never let me see the warrant to read the warrant to draw a blood sample from me. As I was sitting in the police car hand cuffed for about 2 hours. the Sheriff Deputy asked me for the last time to confess that I was driving the car and speeding at 70mph in a 50mph area, and I still stated to the Sheriff Deputy that I was not driving, he told me that I am not going to play with you and your father about who was driving and that he will just let the judge figure it out, and then he took me inside the hospital to get my blood sample.

4. The Sheriff Deputy never gave me any paperwork on why I got arrested, or a court ordered warrant, or a speeding ticket for speeding, not even a warning ticket for speeding. I did not get any paperwork showing that he had a warrant to draw my blood sample on the day I was bailed out of jail. I communicated all these facts to my lawyer Sharon Bilbrew and she communicated to me that the Prosecutor Kaitlynn Campoli was her friend and that she will get the case dismissed. My lawyer Sharon Bilbrew did not reach out to my father to question him if he was the driver and that he asked the Sheriff Deputy did I pass the sobriety test and that the Sheriff Deputy replied yes that I passed. Also to question my father was the car he was driving registered in his name at the Chicago residence he resides at,

5. and to question my father that we was out of the car way before the Sheriff Deputy pulled in the gas station, and all the other details supporting the traffic stop. When I gave ~~the~~ my lawyer Sharon Bilbrew the probable cause affidavit dated 4-10-22 and the order to take my blood dated on 4-11-22 She asked me where did I get those papers from as though she was in shock and stated that I should not have those papers since the Sheriff Deputy did not give me a copy of either papers. I sent my lawyer a text message from my phone on 2-4-23 to give me a copy of my case file for my personal file and to look at the DVD and can I have someone else present with me to look at it and she called and left me a voicemail stating that she don't have to do nothing that I ask her to do and for

6. me to find me another lawyer. On the last voice message she left me is that I need to go for a sentencing because the DVD, and the police reports is evidence that I am guilty and the fact that I told her that I was drunk. So my lawyer has performed ineffective couseling with her statements against the documented evidence I have provided her with to prove my constitutional rights were violated by the Sheriff Deputy and by her my lawyer Sharon Bilbrew