AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ALONZO WEEKLY
*also known as*
Alonzo R Weekly
    Plaintiff

v.       Civil Action No. 3:23cv143

SHARON BILBREW
*Defense Attorney*
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED under Fed. R. Civ. P. 12(b)(1).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.:

☒ decided by Judge Damon R. Leichty.

DATE: 8/18/2023       CHANDA J. BERTA, CLERK OF COURT
by   s/R. Figueroa
*Signature of Clerk or Deputy Clerk*